798 A.2d 1250

IN THE MATTER OF JEROME T. WILLIAMS,
AN ATTORNEY AT LAW.

June 7, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–050, concluding that **JEROME T. WILLIAMS** of **PASSAIC,** who was admitted to the bar of this State in 1979, should be suspended from the practice of law for a period of six months for failing to maintain the attorney records required by *Rule* 1:21–6 and for failing to file income tax returns, conduct in violation of *RPC* 1.15(d), *RPC* 8.4(b), and *RPC* 8.4(c);

And the Court having determined from its review of the record that a term of suspension is not required under the circumstances in this case, including the facts that respondent owed no additional taxes and incurred no penalties;

And good cause appearing;

It is ORDERED that **JEROME T. WILLIAMS** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.